Frank J. Colucci
fcolucci@colucci-umans.com
David M. Dahan
ddahan@colucci-umans.com
COLUCCI & UMANS
218 East 50th Street
New York, New York 10022
Telephone:    (212) 935-5700
Facsimile:    (212) 935-5728

**ENTER JS6**

Diana M. Torres (S.B. # 162284)
DTorres@OMM.com
Michael D. Jay (S.B. # 223827)
MJay@OMM.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2699
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

Attorneys for Defendant,
Victoria's Secret Stores Brand Management, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| FORTUNE DYNAMIC, INC., a California Corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC., a Delaware Corporation,<br><br>                    Defendant. | Case No. CV07-02962 R (JTLx)<br><br>**[~~PROPOSED~~] JUDGMENT** |

1          Defendant Victoria's Secret Stores Brand Management, Inc.'s

2    ("Victoria's Secret") Motion for Summary Judgment came on regularly for hearing

3    on April 28, 2008, before the Honorable Manual L. Real, United States District

4    Judge.  Victoria's Secret appeared through counsel Diana Torres and Michael Jay.

5    Plaintiff Fortune Dynamic, Inc. appeared through counsel James Fedalen and

6    Angela Lin.

7          After full consideration of the evidence and supporting papers of each

8    party, as well as oral argument, the Court finds that, as indicated in the Findings of

9    Fact and Conclusions of Law entered concurrently herewith, Victoria's Secret is

10   entitled to summary judgment for the grounds stated therein.

11         IT IS THEREFORE HEREBY ORDERED that the said motion for

12   summary judgment is GRANTED, in its entirety;

13         IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that all

14   of Plaintiff's claims set forth in its Complaint be and hereby are dismissed with

15   prejudice, that Plaintiff take nothing on such claims, and that defendant Victoria's

16   Secret is entitled to recover its costs incurred herein.

17         IT IS SO ORDERED.

18

19   Dated:      May 20, 2008

20         _____

21         Honorable Manuel L. Real
           United States District Judge

22

23   LA2:860322.1

24

25

26

27

28

[PROPOSED] JUDGMENT